IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00524-PAB-KLM

DONTE FAINE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UNIVERSAL LOGISTICS OF VIRGINIA, LLC, a Virginia limited liability company doing business as Estes Express Lines,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Extension of Deadline for Serving Discovery With Respect to Mobile Link** [#39] (the "Motion"). The current discovery cut-off is March 10, 2022, and the current deadline to serve written discovery is January 24, 2022. Plaintiff asks for a 14-day extension of this latter deadline to February 7, 2022.

    IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. The deadline for Plaintiff to serve written discovery with respect to the Mobile Link application **only** is extended to **February 7, 2022**. Plaintiff has not asked for an extension of the discovery cut-off as well, and the parties are reminded that the discovery cut-off is also the deadline to make any discovery-related motions pursuant to Magistrate Judge Mix's discovery dispute procedures.

    Dated: January 24, 2022