IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-00524-PAB-KLM

DONTE FAINE,
Individually and on behalf of all others
Similarly situated,

    Plaintiff,

v.

UNIVERSAL LOGISTICS OF VIRGINIA, LLC,

     Defendant.

---

## JOINT MOTION FOR PROTECTIVE ORDER

---

The Plaintiff, Donte Faine, and the Defendant, Universal Logistics of Virginia, LLC, through their undersigned counsel, respectfully move this Court to enter the attached Protective Order on Confidentiality Related to Home Depot U.S.A. Inc's. Subpoena Response and state as follows:

1.     The Parties agree that the entry of the Protective Order on Confidentiality Related to Home Depot U.S.A. Inc's. Subpoena Response, set forth in **Exhibit A**, is required in order to protect Home Depot U.S.A., Inc. and the Parties from any injury associated with the misuse of disclosed or exchanged information.

2.     Counsel for each party has reviewed and approved the proposed Protective Order on Confidentiality Related to Home Depot U.S.A. Inc's. Subpoena Response set forth in **Exhibit A**.

**WHEREFORE**, the Parties respectfully request that this Court enter the Protective Order on Confidentiality Related to Home Depot U.S.A. Inc's. Subpoena Response as an Order of the Court.

Respectfully submitted this 21st day of March, 2022.

Respectfully submitted,

*/s/ David H. Miller*
David H. Miller
Victoria E. Guzman
THE SAWAYA LAW FIRM
1600 Ogden St.
Denver, Colorado 80218
Telephone: 303-839-1650 ext. 1090
Facsimile: 303-832-7102
dhmiller@sawayalaw.com
vguzman@sawayalaw.com

*Counsel for the Plaintiff*

*/s/ James T. Spolyar*
James T. Spolyar
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Phone: 317-637-1777
Fax: 317-687-2414
jspolyar@scopelitis.com

Sterling LeBoeuf
DAVIS GRAHAM & STUBBS, LLP
1550 17th Street, Suite 500
Denver, CO 80202
Phone: 303-892-9400
Fax: 303-893-1379
sterling.leboeuf@dgslaw.com

*Counsel for the Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 21st day of March, 2022, I filed the foregoing **Joint Motion to Enter Protective Order** through the CM/ECF system, generating true and accurate copies of this document to all counsel of record.

*/s/ Leroy Moya*

_____

Leroy Moya