IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-00524-PAB-KLM

DONTE FAINE,
Individually and on behalf of all others
Similarly situated,

    Plaintiff,

v.

UNIVERSAL LOGISTICS OF VIRGINIA, LLC,

     Defendant.

---

## UNOPPOSED MOTION FOR STATUS CONFERENCE

---

The Plaintiff, Donte Faine, through his undersigned counsel, respectfully moves this Court to set a Status Conference and in support of this Motion states as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel certifies that he has conferred with Defendant's counsel and the Defendant does not oppose the relief requested.

2.      The Plaintiff sent a subpoena to Home Depot U.S.A. Inc ("Home Depot") on February 15, 2022 with a required response date of March 1, 2022.

3.      On March 1, 2022, Home Depot submitted its response to reserve its objections and requested additional time to respond and inquiring whether there was a stipulated protective order in the case.

4.      On March 1, 2022, Plaintiff's counsel spoke with Home Depot's counsel and requested that Home Depot submit its response by March 4, 2022 at noon.

5.    On March 4, 2022, Plaintiff's counsel informed Home Depot's counsel of the approaching deadline to file a Motion for Class Certification (March 10, 2022) and requested that Home Depot submit its documents before that date, and in order to save time, Plaintiff's counsel proposed that Home Depot's counsel draft a protective order that would be acceptable to them.

6.    On March 7, 2022, Home Depot's counsel responded agreeing to that plan.

7.    Home Depot's counsel did not follow up.

8.    On March 18, 2022, Plaintiff's counsel contacted Home Depot's counsel requesting a response.

9.    The same day, Home Depot's counsel produced a draft Protective Order.

10.    On March 21, 2022, the Parties filed Joint Motion to Enter Protective Order on Confidentiality Related to Home Depot U.S.A. Inc's. Subpoena Response.

11.    While this issue has been pending, the matter of class certification has been ongoing; Plaintiff filed his Motion to Certify the Class on March 10, 2022 and Defendant's Response is due tomorrow, March 31, 2022.

12.    The Plaintiff will then have 14 days to submit his Reply in support of his Motion for Class Certification and believes that the documents in Home Depot's possession will be of the utmost importance, however, Home Depot has made clear that it will not produce the documents without a protective order.

**WHEREFORE**, the Plaintiff respectfully seeks a Status Conference with the Court regarding the Parties' pending request for the Court to enter the Protective Order on Confidentiality Related to Home Depot U.S.A. Inc's. Subpoena Response as an Order of the Court.

Respectfully submitted this 30th day of March, 2022.

Respectfully submitted,

*/s/ David H. Miller*_____
David H. Miller
Victoria E. Guzman
THE SAWAYA LAW FIRM
1600 Ogden St.
Denver, Colorado 80218
Telephone: 303-839-1650 ext. 1090
Facsimile: 303-832-7102
dhmiller@sawayalaw.com
vguzman@sawayalaw.com

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of March, 2022, I filed the foregoing **Motion** through the CM/ECF system, generating true and accurate copies of this document to all counsel of record.

*/s/ Leroy Moya*

_____
Leroy Moya