IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00524-PAB-KLM

DONTE FAINE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UNIVERSAL LOGISTICS OF VIRGINIA, LLC, d/b/a Estes Express Lines, a Virginia limited liability company,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on the parties' Joint Stipulation to Dismiss Entire Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Docket No. 69].

    The Court, having reviewed the stipulation, finds that dismissal is appropriate. Furthermore, "[u]nless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Fed. R. Civ. P. 41(a)(2). Mr. Faine's first and second claims are asserted against defendant Universal Logistics of Virginia ("Universal") on behalf of himself and those similarly situated. Docket No. 34-2 at 6-9. Mr. Faine's proposed class has not been certified. The parties have stipulated to the dismissal of the claims that Mr. Faine brings on his own behalf with prejudice and to the dismissal of the claims brought on behalf of the proposed class without prejudice. Docket No. 69 at 1, ¶¶ 2-3. The Court finds it appropriate to dismiss the claims against Universal in accordance with the parties' joint stipulation. It is therefore

    **ORDERED** that plaintiff's first and second claims against Universal, asserted on his own behalf, are dismissed with prejudice. It is further

    **ORDERED** that plaintiff's first and second claims against Universal, asserted on behalf of a putative class composed of those similarly situated to plaintiff, are dismissed without prejudice. It is further

    **ORDERED** that this case is closed.

    DATED February 7, 2023